**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MID-NEW YORK ENVIRONMENTAL
AND SUSTAINABILITY PROMOTION
COMMITTEE, INC., d/b/a,
NYENVIRONCON, ROBERT MAJCHER,
GRACE WOODARD, and ALEX SCILLA,

                        Plaintiffs,

     -against-                                   23 **CIVIL** 4870 (KMK)

                                                    **JUDGMENT**

DRAGON SPRINGS BUDDHIST, INC.,

                        Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 11, 2024, Defendant's Motion is granted and the action is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       September 11, 2024

                                                           **DANIEL ORTIZ**
                                                         **Acting Clerk of Court**

                                 **BY:**     *K. Mango*

                                                             **Deputy Clerk**