**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of September, two thousand twenty-five.

Before:  Robert D. Sack,
              Beth Robinson,
              Myrna Pérez,
                  *Circuit Judges*.

---

Mid-New York Environmental and Sustainability Promotion Committee, Inc., doing business as NYenvironcom, Robert Majcher, Grace Woodard, Alex Scilla,

      Plaintiffs - Appellants,

v.

Dragon Springs Buddhist, Inc.,

      Defendant - Appellee.

**JUDGMENT**

Docket No. 24-2451

---

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's order granting Dragon Springs' motion to dismiss is VACATED, and the matter is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/09/2025